ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
EMILY F. EVITT (SBN 261491)
efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Allison Grodner; Richard Meehan;
Amy Palmer; Louise Roe;
Fly On The Wall Entertainment, Inc.;
MTV Networks Enterprises Inc.;
Sony Pictures Television Inc.; and
The CW Network, LLC

CLOSED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA TEDESCO,<br><br>  Plaintiff,<br><br>  v.<br><br>SANDI PEPE, an individual; PETER PEPE, an individual; ALLISON GRODNER, an individual; RICHARD MEEHAN, an individual; AMY PALMER, an individual; LOUISE ROE, an individual; FLY ON THE WALL ENTERTAINMENT, INC., a California corporation; SONY PICTURES TELEVISION, INC., a Delaware corporation; THE CW NETWORK, LLC, a Delaware limited liability company; MTV NETWORKS ENTERPRISES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. CV 11-06203 JFW (JCx)<br><br>The Honorable John F. Walter<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS ALLISON GRODNER, RICHARD MEEHAN, AMY PALMER, LOUISE ROE, FLY ON THE WALL ENTERTAINMENT, INC., MTV NETWORKS ENTERPRISES INC., SONY PICTURES TELEVISION INC., AND THE CW NETWORK, LLC** |

JUDGMENT

4739595.2/42500-00004

Mitchell Silberberg & Knupp LLP

**JUDGMENT**

The Court, having granted the Motion for Summary Judgment of Defendants Allison Grodner, Richard Meehan, Amy Palmer, Louise Roe, Fly On The Wall Entertainment, Inc., MTV Networks Enterprises Inc., Sony Pictures Television Inc., and The CW Network, LLC (collectively the "CW Defendants"), based on its determination that there was no genuine dispute as to any material fact and the CW Defendants were entitled to judgment as a matter of law on all causes of action against them, and, in light of the Chapter 7 Bankruptcy Petition filed by Sandi Pepe and Peter Pepe, the Court having determined pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Elissa Tedesco shall recover nothing from Defendants Allison Grodner, Richard Meehan, Amy Palmer, Louise Roe, Fly On The Wall Entertainment, Inc., MTV Networks Enterprises Inc., Sony Pictures Television Inc., and The CW Network, LLC;

2. Defendants Allison Grodner, Richard Meehan, Amy Palmer, Louise Roe, Fly On The Wall Entertainment, Inc., MTV Networks Enterprises Inc., Sony Pictures Television Inc., and The CW Network, LLC shall have judgment in their favor; and

3. Defendants Allison Grodner, Richard Meehan, Amy Palmer, Louise Roe, Fly On The Wall Entertainment, Inc., MTV Networks Enterprises Inc., Sony Pictures Television Inc., and The CW Network, LLC shall recover from Plaintiff Elissa Tedesco their costs in the sum of $_____.

The Clerk is ordered to enter this Judgment.

DATED: July 20, 2012

_____
The Honorable John F. Walter
United States District Judge

Mitchell Silberberg & Knupp LLP

JUDGMENT